1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax:831.426.0159
4

5  Attorney for Robert Jordan

6

7                   IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11

12 | UNITED STATES OF AMERICA,        ) Case No. CR11-00237-DLJ
                    Plaintiff,        )
13                                    )
                                      )
14                                    ) **STIPULATION AND**
                                      ) **[] ORDER CONTINUING**
15                                    ) **STATUS CONFERENCE AND**
   V.                                 ) **EXCLUDING TIME FROM ARIL 26,**
16                                    ) **2012 THROUGH MAY 24, 2012**
                                      )
17                                    )
   ROBERT JORDAN,                     )
18                                    )
                                      )
19                 Defendant.         )
   _____   )
20

21     Plaintiff United States of America, by and through their counsel Assistant United States

22 Attorney, Thomas Colthurst, and defendant Robert Jordan, by and through his attorney Michelle D.

23 Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference

24 currently scheduled for April 26, 2012 should be continued to May 24, 2012.

25     The parties further stipulate that time should be excluded under the Speedy Trial Act from

26 April 26, 2012 through May 24, 2012 so that defense counsel can complete reviewing discovery and

Jordan-[] Order Excluding Time                - 1 -

1  investigating the case.

3  IT IS SO STIPULATED.

                                            MELINDA HAAG
                                            United States Attorney

Date: April 23, 2012

                                            _____/S/_____
                                            THOMAS COLTHURST
                                            Assistant United States Attorney

Date: April 23, 2012                      _____/S/_____
                                            ANN MARIE URSINI
                                            Special Assistant United States Attorney

Date: April 23, 2012                      _____/S/_____
                                            MICHELLE D. SPENCER
                                            Attorney for Robert Jordan

### [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court finds that failing to exclude the time from April 26, 2012 through May 24, 2012 would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 26, 2012 through May 24, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from April 26, 2012 through and including May 24, 2012 shall be excluded from computation under the Speedy Trial Act.

Date:_____                              _____
                                            HON. D. LOWELL JENSEN
                                            Senior United States District Judge