MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax: 831.515.5053

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR11-00237-DLJ |
|---|---|
| Plaintiff, | ) |
| | ) |
| | ) STIPULATION AND |
| | ) ] ORDER CONTINUING |
| | ) STATUS CONFERENCE AND |
| V. | ) EXCLUDING TIME FROM JUNE 21, |
| | ) 2012 THROUGH JULY 12, 2012 |
| | ) |
| ROBERT JORDAN, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas Colthurst, and Special Assistant United States Attorney Ann Marie Ursini, and defendant Robert Jordan, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference currently scheduled for June 21, 2012 should be continued to July 12, 2012.

    The parties further stipulate that time should be excluded under the Speedy Trial Act from

1 June 21, 2012 through and including July 12, 2012 so that defense counsel can complete her
2 investigation and preparation of this case.

3

4     IT IS SO STIPULATED.

5                                       MELINDA HAAG
                                      United States Attorney

6 Date: June 18, 2012

7                                       /S/
                                      THOMAS COLTHURST
8                                       Assistant United States Attorney

9 Date: June 18, 2012                     /S/
                                      ANN MARIE URSINI
10                                       Special Assistant United States Attorney

11
Date: June 18, 2012                     /S/
12                                       MICHELLE D. SPENCER
                                      Attorney for Robert Jordan

13

14                               **[PROPOSED] ORDER**

15     Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the
16 Court finds that failing to exclude the time from June 21, 2012 through July 12, 2012 would
17 unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §
19 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from
20 June 21, 2012 through July 12, 2012 from computation under the Speedy Trial Act outweigh the best
21 interests of the public and the defendant in a speedy trial.

22     Therefore, IT IS HEREBY ORDERED that the time from June 21, 2012 through and
23 including July 12, 2012 shall be excluded from computation under the Speedy Trial Act.

24
25 Date:_____                               _____
                                      HON. D. LOWELL JENSEN
26                                       Senior United States District Judge