MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JORDAN,<br><br>Defendant. | CASE NO:  CR11-00237-DLJ<br><br>STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING TO MAY 9, 2013 |

The parties, Robert Jordan, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently scheduled for April 11, 2013 be continued to May 9, 2013 at 10:00 a.m.

Defense counsel respectfully requires additional time to prepare for sentencing. United States Probation Officer Aylin Raya has indicated that she has no objection to the continuance.  The parties further stipulate that the deadlines by which the United States

- 1 -

Stipulation and [] Order Continuing Sentencing Hearing

Probation Office must disclose the draft and final pre-sentence reports shall be modified to reflect the new sentencing date of May 9, 2013.

  IT IS SO STIPULATED.

Dated: March 4, 2013       MELINDA HAAG
               United States Attorney

               _____/S/_____
               THOMAS COLTHURST
               Assistant United States Attorney

Dated: March 4, 2013       _____/S/_____
               MICHELLE D. SPENCER
               Counsel for Robert Jordan

            [] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the sentencing hearing currently scheduled for Robert Jordan on April 11, 2013, shall be continued to May 9, 2013, at 10:00 a.m., and the dates by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be modified accordingly.

  IT IS SO ORDERED.

Dated:_____       _____
               THE HONORABLE D. LOWELL JENSEN
               Senior United States District Judge

Stipulation and [] Order Continuing Sentencing Hearing