MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JORDAN,<br><br>Defendant. | CASE NO:  CR11-00237-DLJ<br><br>STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING TO MAY 30, 2013 |

    The parties, Robert Jordan, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently scheduled for May 9, 2013 be continued to May 30, 2013 at 10:00 a.m.

    United States Probation Officer Aylin Raya has indicated that she has no objection to the proposed continuance.  She is available May 30, 2013.

///

//

- 1 -

Stipulation and [] Order Continuing Sentencing Hearing

IT IS SO STIPULATED.

Dated: April 24, 2013                MELINDA HAAG
                                     United States Attorney

                                     _____/S/_____
                                     THOMAS COLTHURST
                                     Assistant United States Attorney


Dated: April 24, 2013                _____/S/_____
                                     MICHELLE D. SPENCER
                                     Counsel for Robert Jordan

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the sentencing hearing currently scheduled for Robert Jordan on May 9, 2013, shall be continued to May 30, 2013, at 10:00 a.m.

Dated:_____               _____
                                    THE HONORABLE D. LOWELL JENSEN
                                    Senior United States District Judge

- 2 -

Stipulation and [] Order Continuing Sentencing Hearing