MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-00237-DLJ |
|     Plaintiff, | |
|     v. | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| ROBERT JORDAN, | |
|     Defendant. | |

    The defendant ROBERT JORDAN, represented by Michelle D. Spencer, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for May 30, 2013, be continued to June 6, 2013.

    No other defendants are affected by this request.

////

////

////

1   The parties are requesting for the preparation of their sentencing memoranda.

2   SO STIPULATED:

3

4   Dated: May 22, 2013                    /S/
                                            Thomas A. Colthurst
5                                           Assistant United States Attorney

6

7
    Dated: May 22, 2013                    /S/
8                                           Michelle D. Spencer, Esq.
                                            Attorney for Defendant
9

10   Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

11  hearing for *United States v. ROBERT JORDAN*, scheduled for May 30, 2013, is continued to

12  June 6, 2013, at 10:00 a.m.

13

14

15  DATED:  _____         _____
                                    THE HONORABLE D. LOWELL JENSEN
16                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER
Case No. 11-CR-00237-DLJ              -2-